1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ALISON E. DAW (CSBN 137026)
   Assistant United States Attorney
4
5    150 Almaden Blvd., Suite 900
     San Jose, California 95113
6    Telephone: (408) 535-5044
     FAX: (408) 535-5081
7    E-mail: alison.daw@usdoj.gov

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 JIEMEI CHEN,                     )   No. C 05-0720 EDL
                                    )
13        Plaintiff,                )   SECOND STIPULATION FOR
                                    )   EXTENSION OF TIME TO RESPOND TO
14 v.                               )   COMPLAINT AND TO CONTINUE THE
                                    )   CASE MANAGEMENT CONFERENCE;
15 MICHAEL CHERTOFF, Secretary of the )  [PROPOSED] ORDER
   Department of Homeland Security, et al., )
16                                  )
          Defendants.               )
17 _____)

18      Due to incorrect address information, there was a delay informing the beneficiaries that

19 updated documents were necessary to process their travel documents.  Because of this, the first

20 extension was insufficient to permit the parties to resolve this matter.  Once DHS Beijing

21 receives the updated information, it will be able to issue travel documents for the beneficiaries.

22 This action will then be moot.  In order to provide the parties additional time in which to

23 complete the steps remaining for the beneficiaries to receive their travel documents, and thus

24 resolve the action prior to submission of defendants' answer or motion to dismiss, the parties

25 request that the Court approve a second extension of time up to and including August 1, 2005.

26 The parties also ask that the Court continue the case management conference from July12, 2005

27 to August16, 2005, in the hopes that they can resolve the matter prior to the due date for the case

28

STIPULATION FOR EXTN OF TIME TO RESPOND TO COMPLAINT
AND TO CONTINUE THE CMC
C 05 0720 EDL                              -1-

1 management conference statement.

2

3 DATED: June 1, 2005                    Respectfully submitted,

4                                        KEVIN V. RYAN
                                         United States Attorney
5

6                                         /s/ Alison E. Daw
                                         ALISON E. DAW
7                                        Assistant United States Attorney

8

9 DATED: June 2, 2005                    Respectfully submitted,

10                                       BAUGHMAN & WANG

11

12                                        /s/ Justin X. Wang
                                         JUSTIN X. WANG
13                                       Attorneys for Plaintiff

14                                     **<u>ORDER</u>**

15        Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO

16 ORDERED.

17

18 DATED: <u>  June 3, 2005  </u>        _____

19                                       ELIZABETH D. LAPORTE
                                         United States Magistrate Judge

20

21

22

23

24

25

26

27

28