1  KEVIN V. RYAN (CSBN 118321)
United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3  SARA WINSLOW (DCBN 457643)
Assistant United States Attorney
4
5  450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6925
6  Facsimile: (415) 436-6748
Email: Sara.Winslow2@usdoj.gov
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11
JIEMEI CHEN,                          )      No. C 05-0720 EDL
12                                     )
        Plaintiff,                     )      THIRD STIPULATION FOR EXTENSION
13                                     )      OF TIME TO RESPOND TO COMPLAINT
        v.                             )      AND TO CONTINUE THE CASE
14                                     )      MANAGEMENT CONFERENCE;
MICHAEL CHERTOFF, Secretary of the    )      [PROPOSED] ORDER
15 Department of Homeland Security, et al., )
                                       )
16      Defendants.                    )
                                       )
17 _____    )

    Subject to approval of the Court, the parties hereby stipulate as follows:
18
    1. According to the records of the Department of Homeland Security, the Plaintiff's
19
beneficiaries are ready for fingerprinting and visa issuance as soon as certain requested
20
documents are received by the consulate in Ghangzhou, China.
21
    2. Plaintiff's husband has advised the consulate that he asked a friend to deliver the
22
documents in question to the consulate earlier this month.  However, it does not appear that the
23
documents have been received by the appropriate section in the consulate.  The parties are
24
attempting to track down the documents.  Once this is accomplished, this case will be moot.
25
    3. In order to provide the parties additional time to resolve this issue and moot the case, we
26
request that the Court approve a third extension of time, up to and including September 1, 2005,
27
for the Defendants to respond to the Complaint.  The parties also ask that the Court continue the
28

STIPULATION FOR EXTN OF TIME TO RESPOND TO COMPLAINT
AND TO CONTINUE THE CMC
C 05 0720 EDL                    -1-

1   case management conference from August 16, 2005 to September 20, 2005, in the expectation

2   that they can resolve the matter prior to the due date for the case management conference

3   statement.  The parties recognize the Court's patience in granting two extensions to date, and we

4   anticipate that this will be the final extension request.

5

6   DATED: July 27, 2005                         Respectfully submitted,

7                                                KEVIN V. RYAN
                                                 United States Attorney
8

9                                                 /s/ Sara Winslow
                                                 SARA WINSLOW
10                                               Assistant United States Attorney

11

12  DATED: July 27, 2005                         Respectfully submitted,

13                                               BAUGHMAN & WANG

14
                                                  /s/ Justin X. Wang
15                                               JUSTIN X. WANG
                                                 Attorneys for Plaintiff
16

17                                  **ORDER**

18          Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO

19  ORDERED.

20

21  DATED: July 27, 2005

22                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge

23

24

25

26

27

28

STIPULATION FOR EXTN OF TIME TO RESPOND TO COMPLAINT
AND TO CONTINUE THE CMC
C 05 0720 EDL                          -2-