KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6925
Facsimile: (415) 436-6748
Email: Sara.Winslow2@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIEMEI CHEN, ) | No. C 05-0720 EDL |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL;** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Subject to approval of the Court, the parties hereby stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismisses this action without prejudice.

2. Plaintiff's beneficiaries were scheduled for fingerprinting on August 24, 2005. The United States Citizenship and Immigration Services office in the United States consulate in Ghangzhou, China agrees to expeditiously issue visas to Plaintiff's beneficiaries following their fingerprinting.

3. The parties will bear their own fees and costs.

//

//

STIPULATION OF DISMISSAL
C 05 0720 EDL                         -1-

| | | |
|---|---|---|
| 1 | DATED: August 26, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | /s/ Sara Winslow<br>SARA WINSLOW |
| 5 | | Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 8 | DATED: August 26, 2005 | Respectfully submitted, |
| 9 | | BAUGHMAN & WANG |
| 11 | | /s/ Justin X. Wang<br>JUSTIN X. WANG |
| 12 | | Attorneys for Plaintiff |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

DATED: August 30, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION OF DISMISSAL
C 05 0720 EDL                    -2-